IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:18-00222

TODD STEPHENS

## MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of defendant Todd Stephens to sever his trial from that of his codefendant Bree Eberbaugh. (ECF No. 39). Eberbaugh pled guilty on March 1, 2019. Accordingly, the motion to sever is **DENIED** as moot.

Also pending is Stephens's motion reserving the right to file further motions. (ECF No. 40). That motion is **DENIED** without prejudice. Should defendant find it necessary to file further motions, he should seek leave of the court to do so at that time, explaining why he was unable to do so within the deadlines set by the court.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 22nd day of March, 2019.

ENTER:

David A. Faber
Senior United States District Judge