IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:18-00222-01

TODD STEPHENS

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion in limine. (ECF No. 36). On March 27, 2019, defendant entered a guilty plea in this case, eliminating the need for a trial. Accordingly, the motion in limine is **DENIED** as moot.

The Clerk is directed to send a copy of this Order to counsel of record and to the Probation Office of this court.

IT IS SO ORDERED this 9th day of April, 2019.

ENTER:

David A. Faber
Senior United States District Judge