IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　CRIMINAL NO. 2:18-00222-01

TODD STEPHENS

## MEMORANDUM OPINION AND ORDER

Pending before the court are (1) defendant's pro se motion to appoint new counsel and (2) defense counsel Lex A. Coleman's motion to withdraw as counsel for defendant. (ECF Nos. 81 and 84). On May 6, 2019, the court held a hearing on those motions. Present at the hearing were defendant, Mr. Coleman, and L. Alexander Hamner, Assistant United States Attorney. At the hearing, Mr. Stephens informed the court that he wished to have Mr. Coleman continue serving as his attorney and Mr. Coleman expressed his willingness to do so. Accordingly, the motion to appoint counsel and the motion to withdraw were **DENIED** as moot.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, the Office of the Federal Public Defender, the United States Marshal for the Southern District of West Virginia and the Probation Office of this court.

**IT IS SO ORDERED** this 13th day of May, 2019.

ENTER:

David A. Faber
Senior United States District Judge